# TABLE OF CONTENTS

CORPORATE DISCLOSURE STATEMENT ....................................................................i

JURISDICTIONAL STATEMENT ...............................................................................1

STATEMENT OF THE CASE.........................................................................................2

    I.     HTI incorporates the Statement of the Case contained in its opposition brief relating to SIC's appeal of the same orders...............2

    II.    The Settlement Agreement and Settlement AP ....................................2

STANDARD OF REVIEW ............................................................................................4

SUMMARY OF ARGUMENT ......................................................................................5

ARGUMENT ..................................................................................................................6

    A.    Waimana never sought an evidentiary hearing from the Bankruptcy Court, and is thus barred from raising this as an error on appeal...............................................................................................7

    B.    The Bankruptcy Court had ample evidence in the record to issue the Final Enforcement Order without an evidentiary hearing............10

    C.    An evidentiary hearing would not have materially altered the Bankruptcy Court's determination.....................................................14

    D.    The mixture of arguments Waimana alludes to in its brief all hold no merit ........................................................................................16

        *i.*    The SIC Parties were not precluded from appealing the 363 Sale Order at any time.........................................17

        *ii.*   Waimana's failure to timely appeal is not excusable .......18

        *iii.*  The inclusion of SIC's interest in License 372 in the Marshal Sale Assets does not conflict with the terms of the Settlement Agreement............................................20

        *iv.*  Waimana's discussion of the Initial Enforcement Order is plainly misleading .............................................22

CONCLUSION .............................................................................................................23