# TABLE OF AUTHORITIES

Page(s)

**Cases**

*In re ASPC Corp.*,
 601 B.R. 766 (Bankr. S.D. Ohio 2019) ............................................................... 19

*In re Audre Inc.*,
 59 F. App'x 925 (9th Cir. 2003) ........................................................................... 7

*In re Brown*,
 606 B.R. 40 (B.A.P. 9th Cir. 2019) .................................................................... 11

*In re Caviata Attached Homes, LLC*,
 481 B.R. 34 (B.A.P. 9th Cir. 2012) ............................................................... 11, 12

*In re Cerchione*,
 414 B.R. 540 (B.A.P. 9th Cir. 2009) .................................................................... 5

*In re Cooper*,
 Case No. 05-1109, 2005 WL 6960193
 (B.A.P. 9th Cir. Oct. 7, 2005) .............................................................................. 9

*In re Donovan*,
 871 F.2d 807 (9th Cir. 1989) ................................................................................ 5

*Found. Int'l, Inc. v. E.T. Ige Const., Inc.*,
 102 Haw. 487 (2003) .......................................................................................... 14

*In re Hercules Enterprises, Inc.*,
 387 F.3d 1024 (9th Cir. 2004) ............................................................................ 12

*In re Hollister*,
 Case No. 21-55380, 2021 WL 6124757
 (9th Cir. Dec. 28, 2021) ..................................................................................... 11

*In re Int'l Fibercom, Inc.*,
 503 F.3d 933 (9th Cir. 2007) .............................................................................. 11

*In re Johnson*,
 755 F. App'x 664 (9th Cir. 2019) ................................................................. 12-13

*In re Lee*,
   Case No. 14-90003, 2015 WL 5598319
   (D. Haw. Sept. 21, 2015) ..................................................................................14

*In re Livdahl*,
   Case No. 16-12768, 2019 WL 1615282
   (B.A.P. 9th Cir. Apr. 15, 2019) .......................................................7, 10, 12, 16

*In re LLS Am., LLC*,
   Case No. 11-1524, 2012 WL 2042503
   (B.A.P. 9th Cir. June 5, 2012) ....................................................................7, 10

*In re Lowenschuss*,
   170 F.3d 923 (9th Cir. 1999) ...........................................................................13

*Maynard v. City of San Jose*,
   37 F.3d 1396 (9th Cir. 1994), *as amended* (Nov. 22, 1994) ...............................7

*In re Oakmore Ranch Mgmt.*,
   337 B.R. 222 (B.A.P. 9th Cir. 2006) ................................................................22

*In re Oasis at Wild Horse Ranch, LLC*,
   Case No. 11-1142, 2011 WL 4502102
   (B.A.P. 9th Cir. Aug. 26, 2011)............................................................. 7-8, 9, 13

*In re Reg'l Care Servs. Corp.*,
   Case No. 16-1213, 2017 WL 2871751
   (B.A.P. 9th Cir. July 5, 2017) ........................................................................7, 9

*Travelers Indem. Co. v. Bailey*,
   557 U.S. 137 (2009)............................................................................................1

*In re USA Com. Mortg. Co.*,
   452 F. App'x 715 (9th Cir. 2011) .......................................................................5

*In re Wallace*,
   490 B.R. 898 (B.A.P. 9th Cir. 2013) ..................................................................5

*In re Weiner*,
   161 F.3d 1216 (9th Cir. 1998) ............................................................................5

**Statutes and Other Authorities**

28 U.S.C. § 157 ...................................................................................................... 1

28 U.S.C. § 158 ...................................................................................................... 1

28 U.S.C. § 1334 .................................................................................................... 1

Fed. R. Bankr. P. 9014 ........................................................................................... 9

Fed. R. Bankr. P. 9019 ........................................................................................... 3

Fed. R. Civ. P. 12(b)(6) .......................................................................................... 8