# STATEMENT OF RELATED CASES

Civil No. 22-00427 JAO-KJM

The undersigned counsel states the following:

☐ I am unaware of any related cases currently pending in this court.

☐ I am unaware of any related cases currently pending in this court other than the case(s) identified in the initial brief(s) filed by the other party or parties.

☒ I am aware of one or more related cases currently pending in this court. The case number and name of each related case and its relationship to this case are:

*In Re: PANIOLO CABLE COMPANY, LLC*, Case No. 18-01319 (Chapter 11)

*Waimana Enterprises, Inc. et al v. Hawaiian Telecom Inc.*, Case No. 1CCV-22-0000321 (GWBC)

*Waimana Enterprises, Inc. et al v. Department of Hawaiian Home Lands, et al.*, Case NO. 1CCV-22-0000617 (DEO); CAAP-22-0000735

DATED: Honolulu, Hawaii, April 24, 2023

**PETTIT LAW HAWAI'I LLLC**

    */s/ Ted N. Pettit*
TED N. PETTIT
And
MORGAN, LEWIS & BOCKIUS LLP
ANDREW J. GALLO
MELISSA Y. BOEY
Attorneys for
HAWAIIAN TELCOM, INC.